# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JARVIS LEE BOWIE

NO. 2024 KW 0757

**AUGUST 19, 2024**

---

In Re:     Jarvis Lee Bowie, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-02287.

---

**BEFORE:     GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**STAY LIFTED. WRIT GRANTED.** The trial court's ruling prohibiting the defense from cross-examining witness, Stephanie Cofield, regarding her pending criminal charges is reversed. A party attacking the credibility of a witness may examine the witness concerning any matter having a reasonable tendency to disprove the truthfulness or accuracy of his testimony. La. Code Evid. art. 607(C). "Except as otherwise provided by legislation, extrinsic evidence contradicting a witness's testimony is admissible when offered solely to attack the credibility of a witness, unless the court determines that the probative value of the evidence on the issue of credibility is substantially outweighed by the risks of undue consumption of time, confusion of the issues, or unfair prejudice." La. Code Evid. art. 607(D)(2); **State v. Le,** 2013-0611 (La. App. 1st Cir. 11/4/13), 2013 WL 5935677, writ denied, 2013-2828 (La. 5/23/14), 140 So.3d 724. In the instant matter, while testifying, the witness only referenced a pending charge. Therefore, evidence of any additional pending charges is admissible to attack her credibility. This matter is remanded to the trial court for further proceedings consistent with this ruling.

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT